SCWC-11-0000775

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

LYNEDON A. VAN NESS,
Petitioner/Claimant-Appellant,

vs.

STATE OF HAWAIʻI, DEPARTMENT OF EDUCATION
Respondent/Employer-Appellee, Self-Insured

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-11-0000775; CASE NO. AB 2009-158(M) (7-07-10239))

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, Acoba, McKenna, and Pollack, JJ.)

Petitioner/Claimant-Appellant's Application for Writ of Certiorari filed on April 1, 2013, is hereby accepted and will be scheduled for oral argument.

The parties will be notified by the appellate clerk regarding scheduling.

DATED: Honolulu, Hawaiʻi, May 9, 2013.


Wayne H. Mukaida                    /s/ Mark E. Recktenwald
for petitioner

                                    /s/ Paula A. Nakayama
Steve K. Miyasaka
for respondent                      /s/ Simeon R. Acoba, Jr.

                                    /s/ Sabrina S. McKenna

                                    /s/ Richard W. Pollack

